**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| SANDRA L. TETER | Case No.:20-10512 TPA |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/29/2020 and confirmed on 10/05/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 6,589.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 6,589.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,734.03 | |
|    Trustee Fee | 444.74 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,178.77 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NA - TRUSTEE FOR MANUFACTU<br>Acct: 3730 | 0.00 | 1,309.50 | 0.00 | 1,309.50 |
| PHFA-HEMAP(*)<br>Acct: 6509 | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK NA - TRUSTEE FOR MANUFACTU<br>Acct: 3730 | 10,603.76 | 0.00 | 0.00 | 0.00 |
| US BANK NA - TRUSTEE FOR MANUFACTU<br>Acct: 3730 | 0.00 | 0.00 | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP<br>Acct: 6922 | 20,451.93 | 1,321.97 | 778.76 | 2,100.73 |
| | | | | 3,410.23 |
| **Priority** | | | | |
| GLENN R BARTIFAY ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SANDRA L. TETER<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 2973 | 224.26 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| BARTIFAY LAW OFFICES PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GLENN R BARTIFAY ESQ | 3,953.00 | 2,734.03 | 0.00 | 0.00 |
| Acct: XXXXXXXXXX @DM | | | | |
| GLENN R BARTIFAY ESQ | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AFFIRM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4BRM | | | | |
| AMERIMARK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 104A | | | | |
| INDIGO CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9881 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR GEN | 84.67 | 0.00 | 0.00 | 0.00 |
| Acct: 9881 | | | | |
| DEPARTMENT OF EDUCATION/NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0221 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON CA | 418.04 | 0.00 | 0.00 | 0.00 |
| Acct: 6012 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA G | 6,632.95 | 0.00 | 0.00 | 0.00 |
| Acct: 5655 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 2,388.82 | 0.00 | 0.00 | 0.00 |
| Acct: 6681 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 560.03 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4433 | | | | |
| MERRICK BANK | 1,525.28 | 0.00 | 0.00 | 0.00 |
| Acct: 3674 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,365.68 | 0.00 | 0.00 | 0.00 |
| Acct: 0472 | | | | |
| MONROE & MAIN | 650.85 | 0.00 | 0.00 | 0.00 |
| Acct: 511O | | | | |
| MONTGOMERY WARDS** | 617.32 | 0.00 | 0.00 | 0.00 |
| Acct: 529O | | | | |
| NATIONAL RECOVERY AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4251 | | | | |
| NATIONAL RECOVERY AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8859 | | | | |
| PAYLIANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6290 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 969.14 | 0.00 | 0.00 | 0.00 |
| Acct: 2257 | | | | |
| QUANTUM3 GROUP LLC - AGENT GPCC II L | 205.75 | 0.00 | 0.00 | 0.00 |
| Acct: 8097 | | | | |
| BANK OF MISSOURI | 172.55 | 0.00 | 0.00 | 0.00 |
| Acct: 3271 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2754 | | | | |
| PURCELL KRUG & HALLER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICREDIT FINANCIAL SVCS DBA GM F | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TBOM RETAIL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3940 | | | | |

| 20-10512 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| SYNOVUS BANK | 102.72 | 0.00 | 0.00 | 0.00 |
| Acct: 2373 | | | | |
| UPMC HEALTH SERVICES | 295.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2973 | | | | |
| QUANTUM3 GROUP LLC AGNT - CROWN A | 826.70 | 0.00 | 0.00 | 0.00 |
| Acct: 2756 | | | | |
| MASSEYS | 292.96 | 0.00 | 0.00 | 0.00 |
| Acct: 342Y | | | | |
| INTERNAL REVENUE SERVICE* | 1.12 | 0.00 | 0.00 | 0.00 |
| Acct: 2973 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 965.81 | 0.00 | 0.00 | 0.00 |
| Acct: 3626 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                                                          3,410.23

TOTAL CLAIMED
PRIORITY           224.26
SECURED         31,055.69
UNSECURED      18.075.39

Date: 05/03/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com